```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

KENDRA STADMIRE, et al.,

        Plaintiffs,

v.                                     CASE NO: 8:10-cv-528-T-33TBM

SAWYER PROPERTY MANAGEMENT
OF FLORIDA, LLC,

        Defendant.
_____/

### **ORDER**

    This matter is before the Court pursuant to the parties' Joint Motion to Approve Settlement and Stipulation of Dismissal of FLSA Action with Prejudice (the "Motion" Doc. # 20), which was filed on August 11, 2010.  For the reasons that follow, the Court requests additional information from counsel regarding the settlement.

### **Analysis**

    In this case, Plaintiffs allege that Defendant violated the terms of the Fair Labor Standards Act.  Accordingly, any settlement reached is subject to judicial scrutiny.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).  The parties in this case have reached a settlement wherein Plaintiff Kendra Stadmire will receive $6,200, opt-in Plaintiff Karla Mayorga will receive $4,000, and Plaintiffs' counsel will receive $6,800.

The Court is unable to assess the Motion at this time because the parties have not provided the Court with the information necessary to evaluate the fairness of the settlement. So that the Court may be fully advised before assessing the Motion, Plaintiffs' counsel is directed to file an itemized statement reflecting the time and resources allocated to this case within ten days of the date of this Order. Plaintiffs' counsel should include, among other things, the hourly rate of the attorneys working on this case as well as the number of hours allocated to this case.[1]

Accordingly, it is

**ORDERED ADJUDGED and DECREED** that**:**

Counsel for Plaintiffs is directed to file an itemized statement reflecting the time and resources allocated to this case within ten days of the date of this Order, as outlined above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of August 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Plaintiffs should also focus on the factors set forth in Norman v. Hous. Auth. of Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988) and Johnson v. Ga. Highway Exp. Inc., 488 F.2d 714, 719 (5th Cir. 1974).

2

Copies:

All Counsel of Record